**KROY IP HOLDINGS, LLC,**
**Plaintiff–Appellant**

v.

**SAFEWAY, INC., Defendant–Appellee.**

No. 2015–1782.

United States Court of Appeals, Federal Circuit.

April 21, 2016.

Timothy P. Maloney, Fitch, Even, Tabin & Flannery, Chicago, IL, argued for plaintiff-appellant. Also represented by Joseph F. Marinelli, Alison Aubry Richards, Nicole L. Little; Steven C. Schroer, Boulder, CO.

James Christopher Martin, Reed Smith LLP, Pittsburgh, PA, argued for defendant-appellee. Also represented by Kirsten Rydstrom; Gerard M. Donovan, Washington, DC; Christine M. Morgan, William Ross Overend, San Francisco, CA.

NEWMAN, SCHALL, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.